Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Reno Flying Service, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY M. CHRISTIE,<br><br>Plaintiff,<br><br>v.<br><br>RENO FLYING SERVICE, INC., AIRMED INTERNATIONAL, LLC, and Does 1 through 10,,<br><br>Defendants. | Case No. 3:21-CV-00368-RCJ-WGC<br><br>Judge: Robert C. Jones<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO OPPOSE DEFENDANT'S MOTION TO DISMISS** |

Plaintiff JEFFREY M. CHRISTIE ("Plaintiff") and Defendant RENO FLYING SERVICE, INC., ("Defendant") stipulate to extend the deadline for Plaintiff to oppose Defendant's Motion to Dismiss Complaint (the "Motion").

**WHEREAS**, Defendant filed the Motion on September 8, 2021 (Dkt. 6);

**WHEREAS**, Plaintiff's deadline to oppose the Motion was September 23, 2021;

**WHEREAS**, Defendant having not received Plaintiff's Opposition by October 6, 2021 filed a Notice of Non-Opposition (Dkt. 12) that same day;

**WHEREAS**, Plaintiff's friend reached out to Defendant's counsel on October 6, 2021 via email, after Defendant had already filed its Notice of Non-Opposition, requesting an extension on Plaintiff's Opposition to the Motion due to Plaintiff not knowing about Defendant's Motion until October 1, 2021 (Plaintiff allegedly moved states abruptly and did not provide a forwarding

address);

**WHEREAS**, Defendant called Plaintiff, who is in pro per, to confirm his request for an extension on October 7, 2021 and Plaintiff confirmed such request;

**WHEREAS**, Defendant thus agreed to Plaintiff's request for an extension given the circumstances.

**IT IS HERE BY STIPULATED**:

1. Plaintiff's Opposition deadline of September 23, 2021 be continued until October 15, 2021.

2. Defendant's reply to Plaintiff's Opposition previously due on September 30, 2021 be continued until October 22, 2021.

## ORDER

IT IS HEREBY ORDERED that the Joint Stipulation to Exceed Deadline For Plaintiff to Oppose Defendant's Motion to Dismiss (ECF No. 13) is GRANTED.

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States District Judge

DATED: October 12, 2021.