1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JEFFREY M. CHRISTIE,<br><br>       Plaintiff,<br><br>    v.<br><br>RENO FLYING SERVICE, INC., AIRMED INTERNATIONAL, LLC, and Does 1 through 10,<br><br>       Defendants. | Case No. 3:21-cv-00368-RCJ-CSD<br><br>**ORDER TO DISMISS ENTIRE CASE WITH PREJUDICE** |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiff Jeffrey M. Christie ("Plaintiff") and Defendants Reno Flying Service, Inc. and Airmed International, LLC ("Defendants"), through their respective attorneys of record, that Plaintiff's Complaint filed against Defendants shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own attorneys' fees and costs.

| Dated: January 18, 2023 | Dated: January 13, 2023 |
|---|---|
| LAW OFFICE OF MARK MAUSERT | PAYNE & FEARS LLP |
| By:   */s/ Mark Mausert*<br>     Mark Mausert, Esq.<br>     729 Evans Avenue<br>     Reno, NV 89512<br>     *Attorneys for Plaintiff Jeffrey M. Christie* | By:   */s/ Sarah J. Odia*<br>     Sarah J. Odia, Esq.<br>     Nevada Bar No. 11053<br>     6385 S. Rainbow Blvd., Suite 220<br>     Las Vegas, Nevada 89118<br>     *Attorneys for Defendant Reno Flying Service, Inc.* |

**ORDER**

IT IS SO ORDERED that Plaintiff's claims against Defendants Reno Flying Service, Inc. and Airmed International, LLC in the instant matter, Case No. 3:21-cv-00368-RCJ-CSD, are dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

DATED: January 18, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE